FILED IN OPEN COURT
U.S.D.C. Atlanta

JUN 0 5 2007

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

TRAVIS CORK

CRIMINAL INDICTMENT

NO. **1:07-CR-183**

THE GRAND JURY CHARGES THAT:

On or about April 26, 2007, in the Northern District of Georgia, the defendant, TRAVIS CORK, threatened to assault an officer and employee of the United States, namely GGB, a federal magistrate judge, with the intent to impede intimidate, interfere with, and retaliate against GGB, while GGB was engaged in and on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

A ____True____ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

KIM S. DAMMERS
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6187
Georgia Bar No. 425317