IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TRAVIS WALTER CORK,<br><br>　　　　　　Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Respondent. | CRIMINAL ACTION NO.<br>1:07-cr-183-WSD-ECS<br><br><br>CIVIL ACTION NO.<br>1:12-cv-4116-WSD |

**OPINION AND ORDER**

This matter is before the Court on Magistrate Judge E. Clayton Scofield, III's Final Report and Recommendation ("R&R") [104].[1]

**I.   BACKGROUND**[2]

On March 4, 2008, Movant was convicted by a jury of threatening to assault a United States judge and for making a threatening phone call to a United States probation officer [84]. On May 22, 2008, Movant was sentenced to 80 months imprisonment [92].

---

[1] All citations to the record in this Order are to criminal action number 1:07-cr-183-WSD-ECS.

[2] The parties have not objected to the facts set out in the R&R, and finding no plain error in the Magistrate Judge's findings, the Court adopts them. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993).

On January 20, 2009, the Eleventh Circuit Court of Appeals, *sua sponte*, dismissed Movant's direct appeal because his November 24, 2008, notice of appeal of his conviction and sentence was untimely [100].

On April 20, 2009, Movant's ninety-day period to seek a writ of certiorari from the Supreme Court for review of the Eleventh Circuit's decision dismissing his appeal expired, and the one-year limitations period for filing a motion for relief under 28 U.S.C. § 2255 began to run.

On April 20, 2010, the one-year limitations period for filing a motion for relief under 28 U.S.C. § 2255 expired.

On November 19, 2012, Movant filed a pleading entitled "Petition for Writ of Habeas Corpus" ("Petition") [102].

On November 30, 2012, Magistrate Judge Scofield issued his R&R and notified Movant that he intended to consider his pleading as a motion for relief under 28 U.S.C. § 2255.  (R&R at 2).  Because district courts must not recharacterize a federal prisoner's *pro se* motion as a habeas corpus petition without first giving notice that doing so might adversely affect the prisoner's right to file a future petition, and giving the prisoner an opportunity to withdraw or amend the filing, Magistrate Judge Scofield permitted Movant to withdraw or amend his Petition during the period within which he was permitted to file

objections to the R&R.  See Castro v. United States, 540 U.S. 375, 377 (2003) (discussing rule regarding recharacterization of a *pro se* habeas petition in context of Section 2255); (R&R at 2).  Movant did not withdraw or amend his Petition.  The Magistrate Judge recommended that it be dismissed as untimely, and that a certificate of appealability be denied.  (R&R at 3).  Movant did not file objections to the R&R.

## II.   DISCUSSION

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify a magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  No objections to the R&R were filed and the Court thus conducts a plain error review of the record.  United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984).

The Court has carefully reviewed the R&R and finds no plain error in the findings and recommendations of the Magistrate Judge.  The Court agrees with the Magistrate Judge's conclusion that it is appropriate to recharacterize Movant's Petition as a motion for relief under 28 U.S.C. § 2255 after having advised Movant of the Court's intent to do so and providing him an opportunity to withdraw or

amend his Petition. See Castro, 540 U.S. at 377. The Court also agrees with the Magistrate Judge's conclusion that this action is required to be dismissed as untimely and that a certificate of appealability should be denied.

### III. CONCLUSION

For the foregoing reasons,

**IT IS HEREBY ORDERED** that Magistrate Judge E. Clayton Scofield, III's Final Report and Recommendation ("R&R") [104] is **ADOPTED**.

**IT IS FURTHER ORDERED** that Movant's Petition [102] is **DISMISSED**.

**IT IS FURTHER ORDERED** that Movant is **DENIED** a certificate of appealability.

**SO ORDERED** this 19th day of March, 2013.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

4