IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

TRAVIS WALTER CORK

CRIMINAL CASE NO.
1:07-CR-0183-SCJ

### ORDER

This matter is before the Court for consideration of the Report and Recommendation of Magistrate Judge Alan J. Baverman [Doc. No. 149]. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court.

Accordingly, this Court finds by a preponderance of the evidence, for the reasons contained in the uncontradicted evidence, that Defendant is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense. 18 U.S.C. § 4241(d).

**IT IS SO ORDERED** this 22nd day of November, 2016.

_____
STEVE C. JONES
UNITED STATES DISTRICT JUDGE